UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRUSTEES OF INTERNATIONAL UNION
OF PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL 711 HEALTH &
WELFARE FUND, et al.,

Plaintiffs,

v.

FORTIS CONTRACTORS, LLC,

Defendant.

Civ. No. 1:22-cv-00727-NLH-SAK

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 6th day of January, 2023

ORDERED that the Plaintiffs' Motion for Default Judgment (ECF 8) be, and the same hereby is, GRANTED; and it is further

ORDERED that after entering Judgment in favor of Plaintiffs and against Defendant Fortis Contractors, LLC in the sum of $25,890.45 the Clerk shall mark this matter as CLOSED.

At Camden, New Jersey

s/Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.